UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID FRED MINIER #184698,

    Plaintiff,

                        Case No. 1:25-cv-777

v.

                        HONORABLE PAUL L. MALONEY

DRAKE BOBAY, et al.,

    Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983.  Defendant Bobay filed a motion for summary judgment based on the affirmative defense of non-exhaustion.  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on February 9, 2026, recommending that this Court grant the motion and terminate this action.  The Report and Recommendation was duly served on the parties.  No objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 29) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment (ECF No. 19) is GRANTED.

**IT IS FURTHER ORDERED** that Plaintiff's claim against Defendant Bobay is DISMISSED WITHOUT PREJUDICE.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith.  *See McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997), *overruled on other grounds by Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

A Judgment will be entered consistent with this Order.


Dated:  March 11, 2026                                         /s/  Paul L. Maloney
                                                              Paul L. Maloney
                                                              United States District Judge