UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


DAVID FRED MINIER #184698,

      Plaintiff,

                                            Case No. 1:25-cv-777

v.

                                            HONORABLE PAUL L. MALONEY

DRAKE BOBAY, et al.,

      Defendants.

_____/


## JUDGMENT

In accordance with the Order entered on this date:

**IT IS HEREBY ORDERED** that Judgment is entered.


Dated:  March 11, 2026                        /s/  Paul L. Maloney
                                             Paul L. Maloney
                                             United States District Judge